487 F.2d 1333
 SOUTH GWINNETT VENTURE, a partnership composed of South
Gwinnett Apartments, Inc., et al., Plaintiffs-Appellants,
v.
W. R. (Dudge) PRUITT et al., Defendants-Appellees.
ROCKBRIDGE ASSOCIATES, LTD., a Georgia Limited Partnership,
Plaintiff-Appellant,
v.
W. R. (Dudge) PRUITT et al., Defendants-Appellees.
 Nos. 71-3420, 71-3421.
 United States Court of Appeals,
Fifth Circuit.
 Dec. 3, 1973.
 
 Robert F. Cook, Dean Booth, Atlanta, Ga., for plaintiffs-appellants.
 Homer M. Stark, Lawrenceville, Ga., for defendants-appellants.
 Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, RONEY and GEE, Circuit Judges.
 
 BY THE COURT:
 
 1
 A majority of the Judges in active service, on the Court's own motion, having determined to have these cases reheard en banc,
 
 
 2
 It is ordered that these causes shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.